**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                   PLAINTIFF

vs.                    NO. 4:06CR00217-001 SWW

BRANDON DEWAYNE POINDEXTER                                 DEFENDANT

## ORDER

The above entitled cause came on for hearing May 30, 2012 on government's petition to revoke the supervised release [doc #36] previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant and the testimony of the witness, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of *TWELVE (12) MONTHS AND ONE (1) DAY* in the custody of the Bureau of Prisons.

There will be *NO* term of supervised release following the term of incarceration.

The defendant is remanded to the custody of the U. S. Marshal Service to be transported to designated facility for service of the sentence imposed.

IT IS SO ORDERED this 30th day of May 2013.

/s/Susan Webber Wright

United States District Judge